**CLOSED**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GHODOOSHIM & SON, INC., a California Corporation; <br><br> Plaintiff, <br><br> vs. <br><br> LULU'S FASHION LOUNGE HOLDINGS, INC., a Delaware Corporation; COLLEEN WINTER, an Individual; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 2:18-cv-02122-CAS(JPRx) <br><br> [~~PROPOSED~~] ORDER RE: STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii) <br><br> *Hon. Christina A. Snyder* |

The parties having so stipulated and agreed, the entire above-captioned action, and Defendants LULU'S FASHION LOUNGE HOLDINGS, INC., a Delaware Corporation; and COLLEEN WINTER, an Individual, are hereby dismissed with prejudice and without an award of costs or fees to any party. Each party shall bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated: August 15, 2018

_____

The Honorable Christina A. Snyder
United Stated District Court Judge